**UNITED STATES COURT OF INTERNATIONAL TRADE**

```
-------------------------------------------------------------------- X
NATURSOURCE INC.,                                    :
                                                     :
         Plaintiff,                                  :
                                                     :
         v.                                          :        Court No. 22-176
                                                     :
UNITED STATES OF AMERICA,                            :
                                                     :
         Defendant.                                  :
-------------------------------------------------------------------- X
```

## MOTION TO EXTEND TIME TO REMAIN ON THE CUSTOMS CASE MANAGEMENT CALENDAR

In accordance with Rules 6, 7, and 83 of the Rules of the United States Court of International Trade, Plaintiff NaturSource Inc., by and through undersigned counsel, hereby moves this Court, pursuant to Rules 6 and 83, to extend the time for this case to remain on the Customs Case Management Calendar ("CCMC").   This case is scheduled to be removed from the CCMC on July 1, 2024.

If granted, this extension would be the first for plaintiff under Rule 83, establishing the CCMC. Plaintiff asks for the additional 12 months to remain on the CCMC. This action involves whether Plaintiff's imported salad toppers classified under subheading 2008.19.85, Harmonized Tariff Schedule of the United States ("HTSUS") are eligible for duty free entry as "originating" goods under the North America Free Trade Agreement ("NAFTA").

The Court has not directly addressed what constitutes "good cause" in the context of the Customs Case Management Calendar.   Plaintiff submits that conservation of judicial resources and the parties' resources constitutes "good cause" within the meaning of Rules 6 and 83 for the Court to permit this action to remain on the CCMC. Plaintiff intends to draft a stipulation to

propose to defendant to attempt to settle this case without the need for further litigation.

On July 1, 2024, counsel for plaintiff contacted counsel for the Government, Luke Mathers. Plaintiff has not heard back on whether the Government consents to the relief requested in this motion. For the reasons set forth above, plaintiff respectfully submits that it has shown good cause why such an extension should be granted.

WHEREFORE, plaintiff respectfully moves that this motion be granted.

Respectfully submitted,

NEVILLE PETERSON LLP
*Counsel for Plaintiff*

/s/ John M. Peterson
John M. Peterson
Patrick B. Klein
One Exchange Plaza
55 Broadway, Suite 2602
New York, NY 10006
(212) 635-2730
jpeterson@npwny.com

Dated:   July 1, 2024