UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:

| | | |
|---|---|---|
| NATURSOURCE INC., | : | |
| | : | |
| Plaintiff, | : | Court No. 22-00176 |
| | : | |
| v. | : | |
| | : | |
| U.S. CUSTOMS AND BORDER PROTECTION, | : | |
| | : | |
| Defendants. | : | |
| | : | |

### NOTICE OF SUBSTITUTION OF ATTORNEY

PLEASE TAKE NOTICE that Marcella Powell hereby enters her appearance as principal attorney of record for the United States, defendant in the above-captioned action, and requests that all papers in connection therewith be referred to his attention. Luke Mathers may be removed as an attorney of record in this matter.

    Respectfully submitted,

    BRETT A. SHUMATE
    Assistant Attorney General

    PATRICIA M. McCARTHY
    Director

By:    JUSTIN R. MILLER
    Attorney-In-Charge
    International Trade Field Office

    /s/ Marcella Powell
    MARCELLA POWELL
    Senior Trial Counsel
    Department of Justice, Civil Division
    Commercial Litigation Branch
    26 Federal Plaza, Suite 346
    New York, New York 10278
    (212) 264-1873

Dated: November 14, 2025    *Attorneys for Defendant*